

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| IMRAN MUGHAL,<br><br>Petitioner,<br><br>v.<br><br>WARDEN, Desert View Facility, et al.,<br><br>Respondents. | Case No. 5:26-cv-02028-FWS-JDE<br><br>ORDER ACCEPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the records on file, including the Petition for Writ of Habeas Corpus Under 28 U.S.C. § 2241 (Dkt. 1, "Petition"), Respondents' Answer to the Petition (Dkt. 9), and the Report and Recommendation of the United States Magistrate Judge (Dkt. 11, "Report"). As no party filed a timely objection to the Report, the accepts and adopts the findings and recommendation of the magistrate judge.

IT IS THEREFORE ORDERED that Judgment be entered:

(1)     Granting the Petition, in part, with Respondents ORDERED hold an individualized bond hearing for Petitioner before an immigration judge that complies with the governing law and due process within seven (7) days of the date of this Order, with

instructions that the immigration judge provide a reasoned decision if bond is denied AND, if no such hearing is held within seven (7) days, Respondents are then ordered to release Petitioner; and

(2)    all other relief sought by the Petition is denied without prejudice.

Dated: May 22, 2026

_____

HON. FRED W. SLAUGHTER
UNITED STATES DISTRICT JUDGE