UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| IMRAN MUGHAL, | Case No. 5:26-cv-02028-FWS-JDE |
| Petitioner, | JUDGMENT |
| v. | |
| WARDEN, Desert View Facility, et al., | |
| Respondents. | |

Pursuant to the Order Accepting Report and Recommendation of the United States Magistrate Judge,

IT IS ORDERED, ADJUDGED, and DECREED that:

(1)   The Petition is granted, in part, with Respondents ORDERED to hold an individualized bond hearing for Petitioner before an immigration judge that complies with the governing law and due process within seven (7) days of the date of this Judgment, with instructions that the immigration judge provide a reasoned decision if bond is denied and, if no such hearing is held within seven days, Respondents are then ordered to release Petitioner; and

(2)    All other relief sought by the Petition is denied without prejudice.

Dated: May 22, 2026

_____

HON. FRED W. SLAUGHTER
UNITED STATES DISTRICT JUDGE